UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  Case No. 13-33083-EPK
Chapter 7

Scott Andrew Berger

   Debtor.                                    /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor PHH Mortgage Corporation As Servicer For Comerica Bank demands that copies of all papers in this litigation be served upon:

Samantha Carr
SHAPIRO, FISHMAN & GACHÉ, LLP
2424 North Federal Highway, Suite 360
Boca Raton, Florida 33431

Further, the undersigned attorneys request that copies of all papers in this litigation continue to be served upon creditor's attorneys, SHAPIRO, FISHMAN & GACHÉ, LLP at the address listed above.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 7th day of October, 2013.

Scott Andrew Berger, 729 Elm Tree Lane, Boca Raton, FL 33486
Joe M. Grant, Esq., Marshall Socarras Grant, P.L., 197 South Federal Hwy, #300, Boca Raton, FL 33432
Deborah Menotte, POB 211087, West Palm Beach, FL 33421
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/ Samantha Carr
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway, Suite 360
Boca Raton, FL  33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

13-266437